FILED
MAR 28 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

23-CR-177
Judge Kennelly
Magistrate Judge Cole

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| ANTHONY EARLEY, also known as "Ruger" | **UNDER SEAL** |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about September 23, 2021, at Oak Forest, in the Northern District of Illinois, Eastern Division,

ANTHONY EARLEY,
also known as "Ruger,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Kimber .45 caliber handgun, bearing serial number KU273927, and a loaded Ruger 380 caliber handgun, bearing serial number 371632463, which firearm had traveled in interstate commerce

1

prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika L. Csicsila
on behalf of the ACTING UNITED STATES ATTORNEY