**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br><br><br><br>Anthony Earley<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 23 CR 177<br><br>Judge: Maria Valdez |

**ORDER**

Detention hearing held on 4/4/23 as to Defendant Anthony Earley. Oral argument heard in open court. For the reasons stated on the record, the Court adopts the factual findings of the Pretrial Services report and find that there are no conditions or combination of conditions to reasonable ensure that the defendant will not be a danger to the community. The Defendant is to remain in federal custody. Detention Order to follow.

(T:00:15)

Date: April 4, 2023

Magistrate Judge Maria Valdez