UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY EARLEY | No. 23 CR 177<br><br>Judge Matthew F. Kennelly |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with felon in possession of a firearm, in violation of Tile 18, United States Code, Section 922(g).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties. Specifically, the sensitive information to be produced by the government includes: (1) nonparty names, addresses, dates of birth, driver's license numbers, social security numbers, and other identifying information; (2) statements by, and reports from interviews of, witnesses and individuals who have been or are cooperating with the government's investigation; and (3) information that might disclose the identity of a witness or cooperating individual. Confidentiality is necessary as to these materials because

their dissemination could adversely affect the safety and privacy of the cooperating individual and third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                      Respectfully submitted,

                                      MORRIS PASQUAL
                                      Acting United States Attorney

By:   /s/ *Alexandra Morgan*
       ALEXANDRA MORGAN
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-1123

Dated: April 5, 2023