**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 1:23–cr–00177
                                                            Honorable Matthew F. Kennelly

Anthony Earley

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, May 1, 2023:


     MINUTE entry before the Honorable Matthew F. Kennelly as to Anthony Earley: Telephonic status hearing held on 5/1/2023. Defense pretrial motions are to be filed by 7/31/2023. Jury trial is set for 12/4/2023 at 9:15 a.m. A telephonic status hearing is set for 8/3/2023 at 8:50 a.m. Ordered time excluded through 8/3/2023 due to the need for preparation and filing of defense motions, pursuant to 18 U.S.C. 3161(h)(1)(D). The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.